IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISSIA SALUD VEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-01074-KJM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

　　　　On January 12, 2024, the Magistrate Judge filed findings and recommendations, which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his or her current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

1

de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 12, 2024, ECF No. 15, are adopted in full.

2. This action proceeds on Plaintiff's complaint, ECF No. 1, as to Plaintiff's Eighth Amendment claims against Defendant Merrick based on Plaintiff being shot with a taser by Defendant and Defendant failing to prevent an altercation.

3. Plaintiff's claims relating to medical care and conditions of confinement are DISMISSED for failure to state a claim.

4. Plaintiff's claims against Defendant Solano County Jail are DISMISSED for failure to state a claim.

5. This matter is referred back to the assigned Magistrate Judge for further proceedings.

DATED: March 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE